Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
Edward J. Southcott (SBN 305701)
esouthcott@lynberg.com
Mark Meneses (SBN 334311)
mmeneses@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, COUNTY OF SAN BERNARDINO and CITY OF RANCHO CUCAMONGA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NADA OSAMA NAFAA, individually and as Successor-in-Interest to MOHD F. HIJAZ, Deceased; FATHIEH JAWDAT NAJI, an individual; and J.H., a minor child of NADA OSAMA NAFAA and MOHD F. HIJAZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF RANCHO CUCAMONGA, a municipal corporation; COUNTY OF SAN BERNARDINO, a California county; and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-0889-KKK-DTB<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly Kiya Kato*<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' INITIAL COMPLAINT; [PROPOSED] ORDER**<br><br>*Complaint Served: June 20, 2025 and June 23, 2025*<br><br>*Current Response Date: August 8, 2025*<br><br>*New Response Date:      August 22, 2025* |

///
///
///
///
///
///
///

1
**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' INITIAL COMPLAINT**

## STIPULATION

Defendants COUNTY OF SAN BERNARDINO and CITY OF RANCHO CUCAMONGA ("Defendants"), by and through their attorneys of record, Lynberg & Watkins, P. C., and Plaintiffs NADA OSAMA NAFAA, individually and as Successor-in-Interest to MOHD F. HIJAZ, Deceased; FATHIEH JAWDAT NAJI, an individual; and J.H., a minor child of NADA OSAMA NAFAA and MOHD F. HIJAZ ("Plaintiffs"), by and through their attorney of record, Vakili & Leus LLP, hereby stipulate that Defendants shall have up to August 22, 2025, to file their responsive pleading to Plaintiffs' initial Complaint. Good cause exists to grant this stipulation as the parties met and conferred on August 4, 2025, concerning Defendants' perceived deficiencies in Plaintiffs' initial complaint.  As a result of these meet and confer efforts Plaintiffs have already agreed to make certain amendments to address Defendants' concerns.  Plaintiffs have also agreed to look back at additional allegations to see if those can be amended as well.  However, the parties still need additional time to work out these remaining issues to potentially avoid a Motion to Dismiss or to at least narrow the remaining issues for the Court as much as possible.

1. Plaintiffs filed their initial Complaint on April 10, 2025, and served the Complaint on Defendant COUNTY OF SAN BERNARDINO on June 20, 2025, and on Defendant CITY OF RANCHO CUCAMONGA on June 23, 2025.

2. The parties previously stipulated that Defendants COUNTY OF SAN BERNARDINO and CITY OF RANCHO CUCAMONGA would have an extension until August 8, 2025, to file a responsive pleading to Plaintiffs' initial Complaint, which was within the automatic thirty-day extension period permitted by Local Rule 8-3.

3. Pursuant to Local Rule 7-3, Defendants served a meet and confer letter on July 31, 2025, in which Defendants detailed deficiencies of Plaintiffs' initial Complaint. On August 4, 2025, the parties met and conferred via Zoom regarding

Defendants asserted deficiencies and as a result Plaintiffs' counsel agreed to make some amendments and is considering others. Therefore, further meet and confers are necessary to resolve the deficiencies asserted by Defendants concerning Plaintiffs' initial Complaint. However, Defendants' current deadline to file a Motion to Dismiss the Complaint is currently August 8, 2025.

4. Thus, to avoid unnecessary Motion work given that Plaintiffs will be filing a First Amended Complaint and the parties are making continued efforts to resolve or at least limit the remaining issues, the parties have stipulated and request that Defendants shall have up to and including August 22, 2025, to file their responsive pleading to Plaintiffs' initial Complaint.

5. This is the parties' second request for a continuance concerning Defendants' responsive pleading to Plaintiffs' initial Complaint and the previous request was permitted pursuant to Local Rule 8-3.

**IT IS SO STIPULATED**.

DATED: August 4, 2025

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Shannon L. Gustafson*
**SHANNON L. GUSTAFSON**
**EDWARD J. SOUTHCOTT**
**MARK MENESES**
Attorneys for Defendants
COUNTY OF SAN BERNARDINO,
CITY OF RANCHO CUCAMONGA

DATED: August 4, 2025

**VAKILI & LEUS, LLP**

By: */s/ Robert S. Brown*
**SA'ID VAKILI, ESQ.**
**ROBERT S. BROWN, ESQ.**
**JASON C. MING, ESQ.**
Attorneys for Plaintiffs NADA OSAMA NAFAA, individually and as Successor-in-Interest to MOHD F. HIJAZ, Deceased; FATHIEH JAWDAT NAJI, an individual; and J.H., a minor child of NADA OSAMA NAFAA and MOHD F. HIJAZ

3
**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' INITIAL COMPLAINT**

1  I certify that all parties to this document have consented to its filing and to the
2  language contained herein and have authorized the undersigned to affix their
3  electronic signatures.

4  DATED: August 5, 2025                    **LYNBERG & WATKINS**
                                            A Professional Corporation
5
6                                    By: */s/ Shannon L. Gustafson*
                                         **SHANNON L. GUSTAFSON**
7                                        **EDWARD J. SOUTHCOTT**
                                         **MARK MENESES**
8                                        Attorneys for Defendants,
                                         COUNTY OF SAN BERNARDINO,
9                                        CITY OF RANCHO CUCAMONGA