# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NADA OSAMA NAFAA, individually and as Successor-in-Interest to MOHD F. HIJAZ, Deceased; FATHIEH JAWDAT NAJI, an individual; and J.H., a minor child of NADA OSAMA NAFAA and MOHD F. HIJAZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RANCHO CUCAMONGA, a municipal corporation; COUNTY OF SAN BERNARDINO, a California county; and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-0889-KKK-DTB<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly Kiya Kato*<br><br>**[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' INITIAL COMPLAINT** |

1

**[PROPOSED ORDER]**

1  Pursuant to the Stipulation of Plaintiffs and Defendants and for good cause
2  shown, the Court Orders as follows:
3    1.   Defendants COUNTY OF SAN BERNARDINO AND CITY OF
4  RANCHO CUCAMONGA shall have up to and including August 22, 2025, to file
5  their responsive pleading to Plaintiffs' initial Complaint.

**IT IS SO ORDERED.**

DATED:

                                           **HON. KENLY KIYA KATO**
                                           United States District Court Judge