Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
Edward J. Southcott (SBN 305701)
esouthcott@lynberg.com
Mark Meneses (SBN 334311)
mmeneses@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, COUNTY OF SAN BERNARDINO and CITY OF RANCHO CUCAMONGA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADA OSAMA NAFAA, individually and as Successor-in-Interest to MOHD F. HIJAZ, Deceased; FATHIEH JAWDAT NAJI, an individual; and J.H., a minor child of NADA OSAMA NAFAA and MOHD F. HIJAZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RANCHO CUCAMONGA, a municipal corporation; COUNTY OF SAN BERNARDINO, a California county; and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-0889-KKK-DTB<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly Kiya Kato*<br><br>**STIPULATION FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**<br><br>*[Proposed] Order filed Concurrently*<br><br>Complaint filed: April 10, 2025 |

///

///

///

///

1
**STIPULATION FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**

## STIPULATION

Defendants COUNTY OF SAN BERNARDINO and CITY OF RANCHO CUCAMONGA ("Defendants" or "County Defendants"), by and through their attorneys of record, Lynberg & Watkins, P. C., and Plaintiffs NADA OSAMA NAFAA, individually and as Successor-in-Interest to MOHD F. HIJAZ, Deceased; FATHIEH JAWDAT NAJI, an individual; and J.H., a minor child of NADA OSAMA NAFAA and MOHD F. HIJAZ ("Plaintiffs"), by and through their attorney of record, Vakili & Leus LLP, hereby stipulate and request the Court permit Plaintiffs to file the First Amended Complaint which is attached hereto as Exhibit A. Good cause exists to grant this stipulation as follows:

1. On April 10, 2025, Plaintiffs filed a Complaint against the County Defendants. (Dkt. 1).

2. The parties have actively met and conferred as to the sufficiency of the Complaint. As a result of these efforts, Plaintiffs and County Defendants now stipulate to the filing of the First Amended Complaint which addresses the majority of the issues Defendants raised as to the original Complaint. Unfortunately despite their best efforts the parties still dispute the sufficiency of the pleading as to Plaintiff's Fourth Claim for Municipal Liability-Ratification 42 U.S. C §1983.

3. However, given that the parties have significantly limited their disputes as required by Local Rule 7-3, the parties respectfully request that Plaintiffs be granted leave to file the First Amended Complaint attached hereto as Exhibit A.

4. Once the First Amended Complaint is filed, the parties request that County Defendants shall have twenty-one (21) days to file a responsive pleading to the First Amended Complaint to address the remaining dispute.

**IT IS SO STIPULATED.**

DATED: August 20, 2025

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Shannon L. Gustafson*
**SHANNON L. GUSTAFSON**
**EDWARD J. SOUTHCOTT**
**MARK MENESES**
Attorneys for Defendants
COUNTY OF SAN BERNARDINO,
CITY OF RANCHO CUCAMONGA

DATED: August 20, 2025

**VAKILI & LEUS, LLP**

By: */s/ Robert S. Brown*
**SA'ID VAKILI, ESQ.**
**ROBERT S. BROWN, ESQ.**
**JASON C. MING, ESQ.**
Attorneys for Plaintiffs NADA OSAMA NAFAA, individually and as Successor-in-Interest to MOHD F. HIJAZ, Deceased; FATHIEH JAWDAT NAJI, an individual; and J.H., a minor child of NADA OSAMA NAFAA and MOHD F. HIJAZ

All signatories listed, and in whose behalf the filing is submitted, concur in the filing's content, and have authorized filing.

DATED: August 20, 2025

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Shannon L. Gustafson*
**SHANNON L. GUSTAFSON**
**EDWARD J. SOUTHCOTT**
**MARK MENESES**
Attorneys for Defendants
COUNTY OF SAN BERNARDINO,
CITY OF RANCHO CUCAMONGA