**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NADA OSAMA NAFAA, individually and as Successor-in-Interest to MOHD F. HIJAZ, Deceased; FATHIEH JAWDAT NAJI, an individual; and J.H., a minor child of NADA OSAMA NAFAA and MOHD F. HIJAZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RANCHO CUCAMONGA, a municipal corporation; COUNTY OF SAN BERNARDINO, a California county; and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-0889-KKK-DTB<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly Kiya Kato*<br><br>**ORDER GRANTING STIPULATION FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**<br><br>*Complaint filed: April 10, 2025*<br><br>**[NOTE CHANGES BY COURT]** |

1

**ORDER GRANTING STIPULATION FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**

**ORDER**

Having read and considered the parties' Stipulation to allow Plaintiffs to file a First Amended Complaint and for good cause shown, the Court rules as follows:

1. Within five days of this Order, Plaintiff shall lodge as an exhibit a redlined version of the amended pleading indicating all additions and deletions of material.
2. Plaintiff shall have seven days from the date of this order to file the First Amended Complaint attached to the submitted stipulation as Exhibit A.
3. County Defendants shall have twenty-one days to file their responsive pleading from the date of the filing of the First Amended Complaint.

IT IS SO ORDERED.

DATED: August 22, 2025

*[signature]*

HON. KENLY KIYA KATO
United States District Court Judge