Sa'id Vakili, Esq. (SBN: 176322)
vakili@vakili.com
Robert S. Brown, Esq. (SBN: 187845)
rstanfordbrown@gmail.com
**VAKILI & LEUS, LLP**
3701 Wilshire Boulevard, Suite 1135
Los Angeles, California  90010-2822

**213/380-6010**   |   Fax: 213/380-6051

*Counsel for Plaintiffs Nada Osama Nafaa, Fathieh Jawdat Naji, and J.H.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| **NADA OSAMA NAFAA, individually and as Successor-in-Interest to MOHD F. HIJAZ, Deceased; FATHIEH JAWDAT NAJI, an individual; and J.H., a minor child of NADA OSAMA NAFAA and MOHD F. HIJAZ,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF SAN BERNARDINO, a California county; and DOES 1-10, Inclusive,**<br><br>Defendants. | **CASE NO.: 5:25-cv-00889-KK-DTB**<br><br>**PLAINTIFFS' NOTICE OF LODGING OF REDLINED VERSION OF THE FIRST AMENDED COMPLAINT** |

1  **TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:**

3     **PLEASE TAKE NOTICE THAT** pursuant to the Court's August 22, 2025 Order
4  (Docket Number 24), Plaintiffs Nada Osama Nafaa, Fathieh Jawdat Naji, and J.H. (a
5  minor, represented by her Guardian *Ad Litem*, Nada Osama Nafaa) (collectively,
6  "Plaintiffs") hereby lodge with the Court a redlined version of Plaintiff's First Amended
7  Complaint, a true and correct copy of which is attached hereto as **Exhibit "1"**.

9  DATED: August 26, 2025                    **VAKILI & LEUS, LLP**

11                          By: /s/ *Sa'id Vakili*
12                               Sa'id Vakili, Esq.
13                               *Counsel for Plaintiffs, Nada Osama Nafaa,*
                                 *Fathieh Jawdat Naji, and J.H.*

---

1

PLAINTIFFS' NOTICE OF LODGING OF
REDLINED VERSION OF FIRST AMENDED COMPLAINT

# CERTIFICATE OF SERVICE

*Nada Osama Nafaa v. County of San Bernardino, et al.*
*USDC C.D. Cal. Case No.: 2:25-cv-00889-KK-DTB*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Vakili & Leus, LLP, 3701 Wilshire Boulevard, Los Angeles, Suite 1135, Los Angeles, California 90010.

On August 26, 2025, I served the foregoing document described as **PLAINTIFFS' NOTICE OF LODGING OF REDLINED VERSION OF THE FIRST AMENDED COMPLAINT** on all interested parties in this action at the addresses listed below, as follows:

Shannon L. Gustafson, Esq.
[sgustafson@lynberg.com](mailto:sgustafson@lynberg.com)
Edward J. Southcott, Esq.
[esouthcott@lynberg.com](mailto:esouthcott@lynberg.com)
Mark Meneses, Esq.
[mmeneses@lynberg.com](mailto:mmeneses@lynberg.com)
**LYNBERG & WATKINS**
**A Professional Corporation**
1100 W. Town & Country Road, Suite #1450
Orange, California  92868

**714/937-1010**  |  Fax: 714/937-1003

*Counsel for Defendant County of San Bernardino*

I hereby certify that on the 26th day of August 2025, I will cause to be served the above-referenced document via the United States District Court's Electronic Filing Program on the designated recipient via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing ("NEF") to the filing party, the assigned judge, and any registered users in this action. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

/s/ *Jason C. Ming*
Jason C. Ming