Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
Edward J. Southcott, Jr. (SBN 305701)
esouthcott@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, COUNTY OF SAN BERNARDINO and CITY OF RANCHO CUCAMONGA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| NADA OSAMA NAFAA, individually and as Successor-in-Interest to MOHD F. HIJAZ, Deceased; FATHIEH JAWDAT NAJI, an individual; and J.H., a minor child of NADA OSAMA NAFAA and MOHD F. HIJAZ,<br><br>Plaintiffs,<br><br>CITY OF RANCHO CUCAMONGA, a municipal corporation; COUNTY OF SAN BERNARDINO, a California county; and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-0889-KKK-DTB<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly Kiya Kato*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF SAN BERNARDINO'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date: October 16, 2025<br>Time: 9:30 a.m.<br>Crtrm.: 3<br><br>*Complaint filed: 4/10/25* |

1
**[PROPOSED] ORDER**

# [PROPOSED ORDER]

Defendants COUNTY OF SAN BERNARDINO'S ("Defendants") Motion to Dismiss Plaintiffs NADA OSAMA NAFAA, individually and as Successor-in-Interest to MOHD F. HIJAZ, Deceased; FATHIEH JAWDAT NAJI, an individual; and J.H., a minor child of NADA OSAMA NAFAA and MOHD F. HIJAZ'S ("Plaintiffs") First Amended Complaint ("Motion") came on for hearing before this Court on October 16, 2025. Based on the submitted record, argument of the parties and counsel, and good cause appearing therefore, the Court rules as follow:

Defendants' Motion is GRANTED.

The Court hereby orders the following be dismissed from Plaintiffs' First Amended Complaint:

1. Plaintiffs' Fourth Claim for Relief for Monell-Ratification (42 U.S.C. § 1983) is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

DATED:

**HON. KENLY KIYA KATO**
United States District Court Judge