Shannon L. Gustafson (SBN 228856)
LYNBERG & WATKINS
1100 W. Town & Country Road, Suite 1450
Orange, CA 92868
Telephone: (714) 937-1010

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADA OSAMA NAFAA, et al.<br><br>Plaintiff(s)<br>v.<br><br>COUNTY OF SAN BERNARDINO<br><br>Defendant(s). | CASE NUMBER:<br><br>5:25-cv-0889-KKK-DTB<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that ___Richard Copeland___ may serve as the Panel Mediator in the above-captioned case. ___Robert Brown___ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___TBD___ (Date) and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: February 6, 2026          /s/ Robert Brown
                                 Attorney For Plaintiff   Nada Osama Nafaa, et al.

Dated: _____           _____
                                 Attorney For Plaintiff

Dated: February 6, 2026          /s/ Shannon L. Gustafson
                                 Attorney For Defendant   County of San Bernardino

Dated: _____           _____
                                 Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*