| | |
|---|---|
| 1 | Shannon L. Gustafson (SBN 228856) |
| | sgustafson@lynberg.com |
| 2 | Edward J. Southcott (SBN 305701) |
| | esouthcott@lynberg.com |
| 3 | Ayako Peters (SBN 312156) |
| | apeters@lynberg.com |
| 4 | **LYNBERG & WATKINS** |
| | A Professional Corporation |
| 5 | 1100 W. Town & Country Road, Suite 1450 |
| | Orange, California 92868 |
| 6 | (714) 937-1010 Telephone |
| | (714) 937-1003 Facsimile |
| 7 | Attorneys for Defendant COUNTY OF SAN BERNARDINO |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| NADA OSAMA NAFAA, individually and as Successor-in-Interest to MOHD F. HIJAZ, Deceased; FATHIEH JAWDAT NAJI, an individual; and J.H., a minor child of NADA OSAMA NAFAA and MOHD F. HIJAZ,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, a California county; and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO.  5:25-cv-0889-KKK-DTB<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly Kiya Kato*<br><br>**JOINT STATEMENT RE: SCHEDULING OF ADR PROCEEDING**<br><br>*Complaint Filed: April 10, 2025*<br>*FAC:           August 28, 2025*<br>*SAC:           October 30, 2025*<br><br>*Trial Date:     March 22, 2027* |

**TO THE HONORABLE COURT**:

Pursuant to the Court's January 16, 2026 Civil Trial Scheduling Order (Dkt. No. 37), Plaintiffs NADA OSAMA NAFAA, individually and as Successor-in-Interest to MOHD F. HIJAZ, Deceased; FATHIEH JAWDAT NAJI, an individual; and J.H., a minor child of NADA OSAMA NAFAA and MOHD F. HIJAZ ("Plaintiffs") and Defendant County of San Bernardino ("Defendant") (collectively, "the Parties"), hereby submit this Joint Status Report regarding scheduling of ADR proceedings.

1

**JOINT STATEMENT RE: SCHEDULING OF ADR PROCEEDING**

On March 11, 2026, the Parties scheduled mediation with Panel Mediator Richard Copeland. Mediation is scheduled for January 26, 2027.

DATED: March 13, 2026

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Edward J. Southcott*
**SHANNON L. GUSTAFSON**
**EDWARD J. SOUTHCOTT**
Attorneys for Defendants
DEPUTY JAMIE PEPPLER and SERGEANT MURRAY

DATED: March 13, 2026

**VAKILI & LEUS, LLP**

By: */s/ Robert S. Brown*
**SA'ID VAKILI, ESQ.**
**ROBERT S. BROWN, ESQ.**
Attorneys for Plaintiffs
NADA OSAMA NAFAA, FATHIEH JAWDAT NAJI, and J.H.

I certify that all parties to this document have consented to its filing and to the language contained herein and have authorized the undersigned to affix their electronic signatures.

DATED: March 13, 2026

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Edward J. Southcott*
**EDWARD J. SOUTHCOTT**