SHANNON L. GUSTAFSON (SBN 228856)
LYNBERG & WATKINS
1100 W. Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NADA OSAMA NAFAA, et al

Plaintiff(s)

v.

COUNTY OF SAN BERNARDINO

Defendant(s).

CASE NUMBER:

5:25-cv-0889-KKK-DTB

**STIPULATION REGARDING
SELECTION OF PANEL MEDIATOR**

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that __Richard Copeland__ may serve as the Panel Mediator in the above-captioned case. __Karla Fonseca (Lynberg & Watkins)__ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on __01/26/2027__ (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: March 13, 2026            /s/ Said Vakili
                                 Attorney For Plaintiff   Nada Osama Nafaa, et al

Dated: _____              _____
                                 Attorney For Plaintiff

Dated: March 13, 2026            /s/ Shannon L. Gustafson
                                 Attorney For Defendant   County of San Bernardino, et al

Dated: _____              _____
                                 Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)            **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**