# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NADA OSAMA NAFAA, individually and as Successor-in-Interest to MOHD F. HIJAZ, Deceased; FATHIEH JAWDAT NAJI, an individual; and J.H., a minor child of NADA OSAMA NAFAA and MOHD F. HIJAZ, | CASE NO.: **5:25-cv-00889-KK (DTBx)** |
| Plaintiffs, | [PROPOSED] ORDER RE STIPULATION TO FILE THIRD AMENDED COMPLAINT TO ADD DOE DEFENDANTS |
| v. | |
| COUNTY OF SAN BERNARDINO, a California county; DEPUTY LYANNA TANG, an individual; DEPUTY ERICA GARCIA, an individual; DEPUTY ADRIAN SANDOVAL, an individual; and DOES 4 through 10, Inclusive, | |
| Defendants. | |

Having reviewed the parties' Stipulation, and good cause appearing, the Court ORDERS as follows:

1.     PLAINTIFFS are granted leave to file their THIRD AMENDED COMPLAINT.  Per the Court's Order, dated _____, the THIRD AMENDED COMPLAINT must be filed on or _____.

Dated:_____                    _____

U.S. DISTRICT COURT JUDGE KENLY KIYA KATO