Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
Edward J. Southcott (SBN 305701)
esouthcott@lynberg.com
Ayako W. Peters (SBN 312156)
apeters@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant COUNTY OF SAN BERNARDINO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| NADA OSAMA NAFAA, individually and as Successor-in-Interest to MOHD F. HIJAZ, Deceased; FATHIEH JAWDAT NAJI, an individual; and J.H., a minor child of NADA OSAMA NAFAA and MOHD F. HIJAZ,<br><br>Plaintiffs,<br><br>COUNTY OF SAN BERNARDINO, a California county; and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO.  5:25-cv-0889-KKK-DTB<br><br>*Assigned for All Purposes to:*<br>*Hon. Kenly Kiya Kato*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF SAN BERNARDINO'S STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>*Complaint Filed: April 10, 2025*<br>*FAC:  August 28, 2025*<br>*SAC:  October 30, 2025*<br>*TAC:  April 30, 2026*<br><br>*Trial Date:  March 22, 2027* |

1

**[PROPOSED] ORDER**

<strong><u>[PROPOSED] ORDER</u></strong>

Pursuant to the Stipulation of Plaintiffs and Defendant and for good cause shown, the Court Orders as follows:

1.    Defendant shall have up to and including May 28, 2026, to file its responsive pleading to Plaintiffs' Third Amended Complaint.

**IT IS SO ORDERED.**

DATED:

_____
**HON. KENLY KIYA KATO**
United States District Court Judge

2
<strong>[PROPOSED] ORDER</strong>