Shannon L. Gustafson (SBN 228856)
sgustafson@lynberg.com
Edward J. Southcott (SBN 305701)
esouthcott@lynberg.com
Ayako Peters (SBN 312156)
apeters@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants COUNTY OF SAN BERNARDINO, DEPUTY LYANNA TANG, DEPUTY ERICA GARCIA, and DEPUTY ADRIAN SANDOVAL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| NADA OSAMA NAFAA, individually and as Successor-in-Interest to MOHD F. HIJAZ, Deceased; FATHIEH JAWDAT NAJI, an individual; and J.H., a minor child of NADA OSAMA NAFAA and MOHD F. HIJAZ,<br><br>Plaintiffs,<br><br>COUNTY OF SAN BERNARDINO, a California county; DEPUTY LYANNA TANG, an individual; DEPUTY ERICA GARCIA, an individual; DEPUTY ADRIAN SANDOVAL, an individual; and DOES 4 through 10, Inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-0889-KKK-DTB<br><br>*Assigned for All Purposes to: Hon. Kenly Kiya Kato*<br><br>**FIRST STIPULATION TO MODIFY SCHEDULING ORDER FOR DISCOVERY CUT OFF AND EXPERT CUT OFF ONLY; PROPOSED ORDER**<br><br>*Complaint Filed: April 10, 2025*<br>*FAC: August 28, 2025*<br>*SAC: October 30, 2025*<br>*TAC: April 30, 2026*<br><br>*Trial Date: March 22, 2027* |

Under Federal Rule of Civil Procedure 16(b)(4) and Local Rules 7-1 and 16-14, Plaintiffs and Defendants stipulate for the purpose of jointly requesting that the honorable Court modify the Scheduling Order issued in this action as to the discovery cut off and expert cut off only while leaving all other dates the same. The parties seek to continue these dates to complete some depositions that despite the diligence of the parties could not be completed before the cut off as detailed herein.

When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). A scheduling order may be modified only upon a showing of good cause and by leave of Court. *Id.* 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (describing the factors a court should consider in ruling on such a motion). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson*, 975 F.2d at 609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment). "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the amendment.'" *Id.* (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983 amendment). Good cause exists to modify the Scheduling Order because, despite the parties' diligent efforts, they will be unable to complete discovery by the current deadline.

1. Plaintiffs filed their initial Complaint on April 10, 2025 and after a series of amendments, Defendants filed their Answer on November 12, 2025.

2. On January 16, 2026, the Court issued its Civil Trial Scheduling Order. (Dkt. No. 37), setting the discovery cut off for November 5, 2026.

3. Since that time, the parties have been working diligently and cooperatively to complete discovery in this matter, including exchanging written

discovery and conducting several depositions. However, despite these efforts, the parties have been unable to complete the depositions of the County 30(b)(6) witness, Defendant Sandoval, Paramedic Christian Bastian, Riverside County Coroner Dr. Fajardo, and third-party witness Mohammad Yousef prior to the November 5, 2026 cutoff.

4. As to Defendant Sandoval, he was originally scheduled for October 13, 2026, but his deposition needed to be rescheduled due to the early birth of his child.

5. As to the County 30(b)(6) witness, Plaintiff served the deposition notice on October 1, 2026, for a deposition on October 21, 2026. However, due to the scope of the categories, Defendants needed additional time to meet with the County and identify the appropriate witness to testify. Defendants have now designated six deponents to address the issues.

6. As to Paramedic Christian Bastian and Riverside Coroner Dr. Fajardo, the depositions were scheduled for November 3 and 4, 2026, within the cutoff, but due to service issues and Plaintiff's counsel's engagement in trial, these depositions need to be rescheduled.

7. Similarly, Defendants originally served a deposition subpoena on the third-party witness and the Decedent Mohammed Yousef's brother-in-law, requiring his attendance at a deposition on November 3, 2026, within the cutoff. However, on October 31, 2026, Plaintiff's counsel advised that, because he was engaged in trial, he was not available for this deposition, but would agree to accept a new subpoena for the witness, who is a family member of Plaintiffs, and to produce him at a mutually agreeable time.

8. Due to conflicting trial schedules for Defense counsel and Plaintiff's counsel, the availability of the witnesses, and Plaintiff's counsel's current engagement

in trial, the parties have not been able to reschedule these depositions within the current discovery cut-off.

9. The parties therefore seek a continuance of the discovery cutoff until December 18, 2026, for this purpose.

10. Because these depositions may affect the opinions of both Plaintiff and Defense experts, the parties also seek brief extensions of the expert designation and expert cutoff.

11. The parties have continued and will continue to work cooperatively to comply with this Court's Scheduling Order and are not seeking this continuance to cause any delay, as all other dates will remain the same. The sole purpose of this request is to complete a limited number of depositions that could not be completed before November 5, 2026, despite the parties' best efforts.

12. This is the parties' first request to modify the Scheduling Order.

13. Accordingly, in light of the foregoing, the parties hereby stipulate that good cause exists and jointly request that the Court modify the Scheduling Order as follows:

| **Case Management Event** | **Prior Date/Deadline** | **Proposed New Date/Deadline** |
|---|---|---|
| Fact Discovery Cut Off | November 5, 2026 | December 18, 2026 |
| Deadline for Initial Designation of Expert Witnesses | November 19, 2026 | December 28, 2026 |
| Deadline for Designation of Rebuttal Expert Witnesses | December 3, 2026 | January 11, 2026 |
| Expert Discovery Cut-Off | December 17, 2026 | January 25, 2026 |

**IT IS SO STIPULATED.**

DATED: November 2, 2026

**LYNBERG & WATKINS**
A Professional Corporation

By: */s/ Shannon L. Gustafson*
**SHANNON L. GUSTAFSON**
**EDWARD J. SOUTHCOTT**
**AYAKO PETERS**
Attorneys for Defendants COUNTY OF SAN BERNARDINO, DEPUTY LYANNA TANG, DEPUTY ERICA GARCIA, and DEPUTY ADRIAN SANDOVAL

DATED: November 2, 2026

**VAKILI & LEUS, LLP**

By: *Robert Brown*
**SA'ID VAKILI**
**ROBERT S. BROWN**
Attorneys for Nada Osama Nafaa, Fathieh Jawdat Naji, and J.H., a minor

I certify that all parties to this document have consented to its filing and to the language contained herein and have authorized the undersigned to affix their electronic signatures.

DATED: November 6, 2026

**LYNBERG & WATKINS**
A Professional Corporation

By: *Shannon L. Gustafson*
**SHANNON L. GUSTAFSON**
**EDWARD J. SOUTHCOTT**
**AYAKO PETERS**
Attorneys for Defendants