**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

NADA OSAMA NAFAA, individually and as Successor-in-Interest to MOHD F. HIJAZ, Deceased; FATHIEH JAWDAT NAJI, an individual; and J.H., a minor child of NADA OSAMA NAFAA and MOHD F. HIJAZ,

Plaintiffs,

COUNTY OF SAN BERNARDINO, a California county; DEPUTY LYANNA TANG, an individual; DEPUTY ERICA GARCIA, an individual; DEPUTY ADRIAN SANDOVAL, an individual; and DOES 4 through 10, Inclusive,

Defendants.

CASE NO. 5:25-cv-0889-KK-DTB

*Assigned for All Purposes to:*
*Hon. Kenly Kiya Kato*

**ORDER GRANTING FIRST STIPULATION TO MODIFY SCHEDULING ORDER FOR DISCOVERY CUT OFF AND EXPERT CUT OFF ONLY**

*Complaint Filed: April 10, 2025*
*FAC: August 28, 2025*
*SAC: October 30, 2025*
*TAC: April 30, 2026*

*Trial Date: March 22, 2027*

**ORDER**

Pursuant to the stipulation submitted by the parties and good cause appearing, the Court grants the parties' request to modify the Scheduling Order (Dkt. 37).

The Court modifies the Scheduling Order as follows:

| Case Management Event | Prior Date/Deadline | New Date/ Deadline |
|---|---|---|
| Fact Discovery Cut Off | November 5, 2026 | December 18, 2026 |
| Deadline for Initial Designation of Expert Witnesses | November 19, 2026 | December 28, 2026 |
| Deadline for Designation of Rebuttal Expert Witnesses | December 3, 2026 | January 11, 2027 |
| Expert Discovery Cut-Off | December 17, 2026 | January 25, 2027 |

**IT IS SO ORDERED.**

DATED: November 3, 2026

**HON. KENLY KIYA KATO**
United States District Court Judge